**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

**No. 95-3148**

---

CONNIE T. KELLER,

Plaintiff - Appellant,

versus

DEPARTMENT OF THE ARMY; TOGO D. WEST, Secre-
tary of the Army; ANDREW PERKINS, Commander;
J. M. CASKY, Chief F&A; S. SHEFFLER, Chief
Military Acct.; DIANE ROUSE, Chief HRO,

Defendants - Appellees.

---

Appeal from the United States District Court for the Eastern Dis-
trict of Virginia, at Norfolk.  Rebecca B. Smith, District Judge.
(CA-94-951-2)

---

Submitted:  July 23, 1996               Decided:  July 30, 1996

---

Before WIDENER, NIEMEYER, and MICHAEL, Circuit Judges.

---

Affirmed by unpublished per curiam opinion.

---

Connie T. Keller, Appellant Pro Se.  Michael Anson Rhine, OFFICE OF
THE UNITED STATES ATTORNEY, Norfolk, Virginia, for Appellees.

---

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Appellant appeals from the district court's order denying relief on her claim under the Rehabilitation Act of 1973, as amended, 29 U.S.C.A. §§ 791-794 (West 1985 & Supp. 1995). We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we affirm on the reasoning of the district court. <u>Keller v. Department of the Army</u>, No. CA-94-951-2 (E.D. Va. Nov. 6, 1995). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>